IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Case No.: 05-mj-00712-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY SINGER,

    Defendant.

---

ORDER

---

This matter came before the Court on August 2, 2005 for entry of plea and sentencing.

The Court accepted the plea agreement of the parties. Judgment entered requiring the Defendant to pay a fine of $12,000.00 plus $25.00 special assessment payable as follows:

    $3,000.00 at time of sentencing (8/2/05)

    $1,000.00 per month beginning 9/30/05 until paid in full.

The Court ordered that $4,000.00 of the $12,000.00 be suspended for one year provided that the Defendant comply with the following conditions:

    (1)    No violations of state or federal law (traffic excluded) and other standard conditions of probation; (2) Exclusion from all public land administered by the BLM in the State of Colorado, with the exception only for vehicular travel on roads or highways maintained by county, state or federal governments; and (3) Payment of fine and $25.00 special assessment as

ordered by the court.

According to the records of the Court, the Court received payments from the Defendant as follows:

$3,025.00 on 8/8/05

$1,000.00 on 9/28/05

$1,000.00 on 10/27/05

$3,065.18 on 8/1/06.

It is hereby ordered that this matter is set for review hearing on March 6, 2007 at 10:00 a.m. The Defendant is ordered to be personally present. At hearing, the Court will consider whether the Defendant has complied with the terms of the plea agreement and order of judgment and whether the $4,000.00 of the $12,000.00 fine ordered should be permanently remitted.

Dated this 29th day of January, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge