IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Case No.: 05-mj-00712-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY SINGER,

    Defendant.

---

ORDER

---

    This matter came on for review on March 6, 2007.  The Government was represented by Wyatt Angelo, AUSA, the Defendant appeared pro se.

    On August 2, 2005 the Defendant entered a plea of guilty to the charge of false labeling in violation of 16 U.S.C. 3372(d)(2).  Judgment entered and the Defendant was ordered to pay a fine of $12,000.00 plus a $25.00 special assessment.  The court ordered that $4000.00 of the $12,000.00 fine be suspended for one year.  If the Defendant complied with certain conditions during the one year suspension,  $4000.00 of the $12,000.00 fine ordered would be permanently remitted.

    After hearing the statement of counsel for the Government and the Defendant, the Court finds the following:

    During the period from August 2, 2005 to August 2, 2006 the Defendant did not violate any state or federal law (traffic excluded) nor did he violate any standard

condition of probation;

During the period from August 2, 2005 to August 2, 2006 the Defendant did not enter upon any public lands administered by the BLM in the state of Colorado;

The Defendant has paid the special assessment of $25.00;

The Defendant has paid $8065.18 (including interest) of the $12,000.00 fine imposed.

The Defendant having complied with the conditions imposed, it is hereby ORDERED that $4000.00 of the $12,000.00 fine ordered be permanently remitted. The Defendant is considered to have made payment in full of the fine imposed by the Court.

Dated this 8th day of March, 2007.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge